# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## CONSOLIDATED

| | | |
|---|---|---|
| TRAILBOSS ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 24-1816 |
| THE UNITED STATES, | ) | Filed: November 13, 2024 |
| Defendant, | ) | |
| and | ) | |
| ACUITY INTERNATIONAL, LLC, | ) | |
| Defendant-Intervenor. | ) | |
| MVM, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 24-1741 |
| THE UNITED STATES, | ) | Filed: November 13, 2024 |
| Defendant, | ) | |
| and | ) | |
| ACUITY INTERNATIONAL, LLC, | ) | |
| Defendant-Intervenor. | ) | |

### **ORDER**

On November 12, 2024, the Court held an initial status conference in the above-captioned directly related bid protests to discuss pending motions and a proposal for further proceedings.

Consistent with the discussion at the conference, the parties shall file a Joint Status Report by no later than **November 27, 2024**, providing an update on their discussions regarding the Government's proposed amendments to the solicitation and the parties' positions on further proceedings in these cases.

The Court further **ORDERS** that Acuity International, LLC's Unopposed Motions to Intervene in these bid protests are **GRANTED**. *See MVM, Inc. v. United States*, No. 24-1741 (Oct. 29, 2024), ECF No. 11; *Trailboss Enterprises, Inc. v. United States*, No. 24-1816 (Nov. 6, 2024), ECF No. 10.

Finally, upon review, the Court finds that the factual and legal commonalities of these cases justify their consolidation under Rule 42 of the Rules of the United States Court of Federal Claims. Accordingly, the Clerk is directed to consolidate the cases. All future filings shall be made in the lead case of *Trailboss Enterprises, Inc. v. United States*, No. 24-1816.

**SO ORDERED**.

Dated: November 13, 2024              */s/ Kathryn C. Davis*
                                       KATHRYN C. DAVIS
                                       Judge